UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 443 HEALTH SERVICES AND INSURANCE PLAN AND INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION NO. 443<br><br>Plaintiffs<br><br>VS.<br><br>H. KREVIT AND COMPANY, INCORPORATED<br><br>Defendant | Civil Action No.<br><br>May 14, 2013 |

## COMPLAINT
(FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT;
AND TO COLLECT CONTRIBUTIONS DUE TO PLAINTIFF FUNDS)

**PARTIES**

1.  Plaintiffs, Trustees of the Teamsters Local 443 Health Services and Insurance Plan (hereinafter the "Plan") are the Trustees of a multi-employer employee welfare benefit plan as those terms are defined in Sections 3(1) and 3(37) of the Employee Retirement Income Security Act of 1974, hereinafter "ERISA," 29 U.S.C. Sections 1002(1) and (37). The Plan is administered at 200 Wallace Street, New Haven, Connecticut, 06511. The Plan is established and maintained by a Restated Agreement and Declaration of Trust, a Summary Plan Description and by Collective Bargaining Agreements between the International Brotherhood of Teamsters Local

Union No. 443 and various employers including Defendant H. Krevit and Company, Incorporated.

2. Plaintiff, the International Brotherhood of Teamsters Local Union No. 443 (hereinafter "Local 443") is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3. The Defendant, H. Krevit and Company, Incorporated (hereinafter "H. Krevit"), is a manufacturer and distributor of water treatment chemicals located at 67 Welton Street, New Haven, CT 06511. The Defendant transacts business in the State of Connecticut and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

## JURISDICTION AND VENUE

4. This Court has jurisdiction of this action under Section 502(e)(1), 29 U.S.C. Section 1132(e)(1), and under Section 301(a) of the LMRA, 29 U.S.C. Section 185(a). Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. Section 1132(e)(2). This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action pursuant to ERISA Section 502(a)(3)(B)(ii) to collect

contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement (hereinafter "CBA").

**COUNT ONE**

5. The Defendant, H. Krevit entered into the CBA with Local 443 establishing the terms and conditions of employment for certain employees employed by Defendant H. Krevit.

6. Pursuant to the CBA, H. Krevit agreed to pay to the Plan certain sums of money for each hour the employees of the Defendant were paid pursuant to the terms of the CBA.

7. Pursuant to the terms of the CBA and the Agreement and Declaration of Trust, H. Krevit is obligated to make contributions on a monthly basis for all hours worked by employees in Covered Employment or paid to employees pursuant to the terms of the CBA.

8. Upon information and belief, the Defendant H. Krevit employed certain employees covered under the Collective Bargaining Agreement from July 2005 through the present.

9. According to the policy of the Trustees enacted under the terms of the Trust Agreement, a payroll audit was completed by the Plaintiffs covering the period from July 2005 through April 30, 2011.

10. The payroll audit disclosed that the Defendant, H. Krevit, underpaid the Plan for contributions in the amount of *$18,409.48* attributable to work performed by H.

Krevit's collective bargaining unit employees for the period in violation of Section 515 of ERISA, 29 U.S.C. Section 1145.

11. Pursuant to 29 U.S.C. Section 1132(g)(2), the Defendant, H. Krevit is liable to the Plaintiffs for the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages, as provided for in the Plan Documents, reasonable attorney's fees, costs of this action and such other legal and equitable relief as the Court deems appropriate.

## COUNT TWO

12. Plaintiffs hereby incorporate by reference Paragraphs 1-11.

13. This Court has jurisdiction over this claim pursuant to 29 U.S.C. Section 185(c).

14. Local 443 and Defendant H. Krevit are parties to a CBA, a contract within the meaning of 29 U.S.C. Section 185(a).

15. The Defendant, H. Krevit is obligated by the terms of the CBA to pay certain benefit contributions on behalf of its employees who are covered by the CBA.

16. The Defendant, H. Krevit underpaid the Plan for contributions from July 2005 through April 30, 2011 in the amount of *$18,409.48*.

17. By the above action, Defendant H. Krevit has violated the CBA and is liable to the Plaintiffs for the full value of said breach.

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

**WHEREFORE, Plaintiffs demand that judgment be entered in accordance with Sections 502(a)(3)(B)(ii) and 515 of ERISA, 29 U.S.C. § 1132(g)(2) and § 1145, and Section 301 of the LMRA, 29 USC § 185:**

    A.    Money damages sufficient to cover all delinquencies to the Plaintiffs up through the time of judgment.

    B.    Ordering Defendant, H. Krevit, to make payments to the respective Plaintiffs of the unpaid contributions; an amount equal to the greater of (1) interest on the unpaid contributions, or (2) liquidated damages, as provided for in the Plan; reasonable attorney's fees and costs of this action pursuant to 29 U.S.C. Section 1132(g).

    C.    Such other relief as the Court may deem appropriate.

DATED at East Hartford, Connecticut, this 14th day of May 2013.

                      THE PLAINTIFFS

                      Respectfully submitted,

By: _____
     Gregory S. Campora, Esq.
     ROBERT M. CHEVERIE &
      ASSOCIATES, P.C.
     333 East River Drive, Suite 101
     East Hartford, CT  06108-4203
     Tele. No.:  (860) 290-9610
     Fax No.: (860) 290-9611
     E-mail: gcampora@cheverielaw.com
     Fed. Bar # ct 23775

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of ERISA, 29 U.S.C. Section 1132(h), this 14th day of May 2013.

Secretary of the Treasury
INTERNAL REVENUE SERVICE
P.O. Box 13163
Baltimore, MD  21203
Attn:  **Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
Attn:  **Assistant Solicitor for Plan Benefits Security**

_____
Gregory S. Campora, Esq.

s:\gsc\teamsters local 443\lstp\h krevit & company, inc  (lawsuit)\team 443 lstp\2013\pldcomplaint130506.doc

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719